1  WOLFGANG F. HAHN [SBN # 061385]
   WOLFGANG F. HAHN & ASSOCIATES
2  7160 Caminito Pepino
   La Jolla, California  92037
3  Telephone:  858. 535. 1000
   Telecopier:  858. 456. 5080
4
   CHARLES E. BRUMFIELD, ESQ. [SBN # 56636]
5  c/o PURE BIOSCIENCE
   1725 Gillespie Way
6  El Cajon, California 92020

7  Attorneys for PURE BIOSCIENCE
   fka INNOVATIVE MEDICAL SERVICES
8

[SPACE BELOW PROVIDED FOR FILING STAMP ONLY]

FILED

2006 NOV 28  PM 3: 46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKEL, LTD. and FALKEN INDUSTRIES, LTD., New Jersey corporations | Case No. 04 CV 2248 L (NLS) <br><br> <u>Assigned For All Purposes:</u> <br> Hon. M. James Lorentz |
| PLANTIFFS, <br> vs. | **JOINT STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)** |
| PURE BIOSCIENCE fka INNOVATIVE MEDICAL SERVICES, a California corporation <br><br> Respondent. | |

**ORIGINAL**

REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. 04 CV 2248 L (NLS)

Page 1

Pursuant to the terms of the approved Global Settlement Agreement on file with this Court in case # 05-CV-2020-L (NLS), the parties hereto jointly stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), to an order dismissing this entire case <u>with prejudice</u>, and each hereby waives any right to appeal or otherwise contest any order of the Court entered pursuant thereto.  The parties shall each bear their own fees and costs associated with this litigation.

Respectfully submitted,

_____
Joel B. Seidel,
Attorney for Falken & Nickel

Dated: November 7, 2006

_____
CHARLES E. BRUMFIELD,
Attorney for PURE

Dated: November 6, 2006

IT IS SO ORDERED
DATED 11/28/06

_____
UNITED STATES DISTRICT JUDGE

REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. 04 CV 2248 L (NLS)